# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

## MOTION INFORMATION STATEMENT

**Docket Number(s)**: _____ Caption [use short title] _____

**Motion for**: _____

Set forth below precise, complete statement of relief sought:

_____

_____

_____

_____

**MOVING PARTY**: _____   **OPPOSING PARTY**: _____

☐ Plaintiff   ☐ Defendant

☐ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY**: _____   **OPPOSING ATTORNEY**: _____

[name of attorney, with firm, address, phone number and e-mail]

_____

_____

_____

Court-Judge/Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):

☐ Yes ☐ No (explain):_____

Opposing counsel's position on motion:

☐ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:

☐ Yes ☐ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?   ☐ Yes   ☐ No

Has this relief been previously sought in this Court?   ☐ Yes   ☐ No

Requested return date and explanation of emergency:_____

_____

_____

Is oral argument on motion requested?   ☐ Yes   ☐ No   (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☐ No   If yes, enter date:_____

**Signature of Moving Attorney:**

_____**Date:** _____   Service by:  ☐ CM/ECF   ☐ Other [Attach proof of service]

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED  DENIED**.

**FOR THE COURT:**
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____   By: _____

**Form T-1080** (rev. 7-12)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

**************************************************

UNITED STATES OF AMERICA,

Appellee,                                        Docket No.

v.                                                        **13-2615**

JEREMY ZIELINSKI,

Defendant-Appellant.

**************************************************

---

AFFIDAVIT IN SUPPORT OF
MOTION TO DISMISS APPEAL AS MOOT

---

BRENDA K. SANNES, being duly sworn, deposes and states:

1.  I am an Assistant United States Attorney for the Northern District of New York.  I am the attorney representing the appellee United States of America on this appeal.  I submit this affidavit in support of the government's motion to dismiss the appeal as moot.

2.  This is a pro se appeal by defendant-appellant Jeremy Zielinski from a fourteen-month term of imprisonment imposed for violating a condition of

supervised release.  There was no term of supervised release to follow the term of

incarceration.  A true and correct copy of the district court docket is attached hereto

as Exhibit A; a true and correct copy of the judgment is attached hereto as Exhibit B.

    3.   On July 14, 2014, Mr. Zielinski contacted me to inform me that he

believes that the Court lacks jurisdiction over the above-captioned appeal because on

June 16, 2014, he completed serving the term of imprisonment imposed and he has

no further supervised release.  Mr. Zielinski informed me that if I drafted a

stipulation dismissing the appeal he would sign it "provided it is clear from the

stipulation that the dismissal is for lack of jurisdiction and does not operate as an

adjudication of the merits of any issue which could have been raised on appeal."

    4.  The information posted on the Internet by the Bureau of Prisons indicates

that Jeremy Zielinski (registration number 25835-018) was released from federal

custody on June 16, 2014.

    5. For the reasons stated in the accompanying memorandum of law, which

are true and correct to the best of my knowledge and belief, the government moves

for an order dismissing the appeal as moot.

_/s/ Brenda K. Sannes_
Brenda K. Sannes

Sworn to before me this 16th
day of July, 2014.

_/s/ Deanna Lieberman_
Notary Public

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

************************************************

UNITED STATES OF AMERICA,

Appellee,

v.

JEREMY ZIELINSKI,

Defendant-Appellant.

************************************************

Docket No.

# 13-2615

---

MEMORANDUM OF LAW OF APPELLEE
UNITED STATES OF AMERICA
IN SUPPORT OF MOTION TO DISMISS AS MOOT

---

**PRELIMINARY STATEMENT**

Defendant-appellant Jeremy Zielinski has filed a pro se appeal from the judgment of the Honorable Senior Judge Thomas J. McAvoy, sentencing Zielinski to a term of incarceration of fourteen months, with no term of supervision to follow, for violating a condition of supervised release. While this appeal was pending, Zielinski served his term of incarceration and was released from custody. The government moves to dismiss the appeal because it has been rendered moot by Zielinski's release.

1

## STATEMENT OF THE CASE

On June 28, 2006, in the United States District Court for the District of New Jersey, Zielinski pleaded guilty to conspiracy to commit access device fraud, in violation of 18 U.S.C. § 1028(a)(7).  *See United States v. Zielinski*, 511 F. App'x 112, 114 (2d Cir. 2013).   He was sentenced to 21 months of imprisonment to be followed by two years of supervised release.   Thereafter, the case was transferred to the United States District Court for the Northern District of New York.  *Id.*; Exhibit A, Docket No. 1.[1]

On February 2, 2012, the district court in the Northern District of New York (McAvoy, J.) revoked Zielinski's term of supervised release and sentenced him to six months of home confinement and two years of supervised release.  Exh. A., Docket No. 23.   Zielinski appealed from that judgment, which was affirmed by this Court. *Zielinski*, 511 F. App'x 112.

On June 11, 2013, the district court again revoked Zielinski's term of supervised release.  Exh. A, Docket No. 81.  The court sentenced him on June 21, 2013 to a term of imprisonment of fourteen months with no term of supervised release to follow.  Exh. A, Docket No. 84; Exh. B.[2]  Zielinski filed a timely notice of

---

[1] The district court docket is attached as Exhibit A.
[2] The judgment is attached as Exhibit B.

2

appeal on July 5, 2013.  Exh. A., Docket Nos. 84-85.  Zielinski has completed serving

his term of incarceration; he was released from federal custody on June 16, 2014.

## ARGUMENT

"A case becomes moot when it no longer satisfies the 'case-or-controversy'

requirement of Article III, Section 2 of the Constitution."  *United States v. Williams*,

475 F.3d 468, 478 (2d Cir. 2007).  To satisfy the case-or-controversy requirement, "a

party must, at all stages of the litigation, have an actual injury which is likely to be

redressed by a favorable judicial decision."  *Id.* at 479.

> Thus, as a general rule, "if an event occurs during the course of the
> proceedings or on appeal 'that makes it impossible for the court to
> grant any effectual relief whatever to a prevailing party,' we must
> dismiss the case."

*United States v. Blackburn*, 461 F.3d 259, 261 (2d Cir. 2006) (citations omitted).

In this case, the appeal has become moot because Zielinski has already

completed his term of imprisonment and the district court did not impose any term

of supervised release.  *See, e.g., Williams*, 475 F.3d at 479 (holding that defendant's

appeal from his sentence was rendered moot by his release from custody and the

district court's inability to reduce a statutorily-mandated term of supervised release);

*United States v. Key*, 602 F.3d 492, 494-95 (2d Cir. 2010) (per curiam) (dismissing an

appeal from the denial of a motion under 18 U.S.C. § 3582(c)(2) because the appeal

3

had been rendered moot by the defendant's release from custody while the appeal was pending)

## CONCLUSION

For the foregoing reasons, the appeal should be dismissed because it has been rendered moot by Zielinski's release from custody.

Dated:      Syracuse, New York
              July 16, 2014

                            Respectfully submitted,

                            Richard S. Hartunian
                            United States Attorney
                            Northern District of New York
                            Attorney for Appellee

By:    /s/ *Brenda K. Sannes*
        Brenda K. Sannes
        Assistant United States Attorney

4

APPEAL,CLOSED,PRO SE

# U.S. District Court
# Northern District of New York – Main Office (Syracuse) [LIVE – Version 6.1] (Albany)
# CRIMINAL DOCKET FOR CASE #: 1:11–cr–00533–TJM–1

Case title: USA v. Zielinski                    Date Filed: 11/14/2011
Other court case number:  04–00786–10 (WJM) USDC Dist/NJ

Assigned to: Senior Judge Thomas
J. McAvoy

Appeals court case numbers:
12–0595 2nd Circuit, 13–2615
2nd Circuit

**Defendant (1)**

| | | |
|---|---|---|
| **Jeremy Zielinski** | represented by | **Jeremy Zielinski** |

25835–018
Metropolitan Correctional Center
150 Park Row
New York, NY 10007
PRO SE

**James A. Resila**
Carter, Conboy Law Firm
20 Corporate Woods Boulevard
Albany, NY 12211
518–465–3484
Fax: 518–465–1843
Email: jresila@carterconboy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**George E. Baird , Jr.**
Office of the Federal Public Defender – Albany
Office
39 North Pearl Street
5th Floor
Albany, NY 12207
518–436–1850
Fax: 518–436–1780
Email: George_Baird@fd.org
*TERMINATED: 12/12/2011*
*Designation: Public Defender or Community
Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1028A.F – CONSPIRACY TO COMMIT ACCESS DEVICE FRAUD – deft committed to the BOP for a term of 21 months. Term of supervised release 2 years (7/18/06–5/3/12); fine of $1000 (1) | |

**Highest Offense Level (Opening)**

Felony

**Exhibit A**

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                            **Disposition**

None

**Plaintiff**

USA                                      represented by  **Robert A. Sharpe**
                                                         Office of United States Attorney
                                                         James T. Foley U.S. Courthouse
                                                         445 Broadway
                                                         Room 218
                                                         Albany, NY 12207–2924
                                                         518–431–0247
                                                         Fax: 518–431–0249
                                                         Email: robert.sharpe@usdoj.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2011 | 1 | TRANSFER OF JURISDICTION as to Jeremy Zielinski – Probation Form 22 signed by Judge Senior Judge Thomas J. McAvoy on 11/14/2011 and forwarded to District of New Jersey; awaiting transfer of documents. {Clerk mailed copy of this Transfer of Jurisdiction to Defendant Jeremy Zielinski at the address listed on the form}. (mab) (Entered: 11/16/2011) |
| 11/16/2011 | 2 | PROBATION Letter Request of USPO Joanne DeFreest as to Jeremy Zielinski dtd 11/15/11 requesting hearing be set to modify deft's supervised release conditions (cml) (Entered: 11/16/2011) |
| 11/16/2011 | 3 | REQUEST for Modification of Conditions of Supervised Release as to Jeremy Zielinski & setting SUPERVISED RELEASE MODIFICATION HEARING for 12/14/2011 at 9:30 AM in ALBANY, NY bef Sr. Judge Thomas J. McAvoy; Signed by Sr. District Judge Thomas J. McAvoy dtd 11/16/2011 (cml) [ CRD traditionally served notice & copy of petition upon non–ECF deft @ Amsterdam, NY address ] (Entered: 11/16/2011) |
| 11/16/2011 | 5 | COURT LETTER of CRD Ligas to deft Jeremy Zielinski dtd 11/16/11 re: atty representation issue (cml) [ CRD traditionally served via regular mail upon non–NEF deft @ Amsterdam, NY address ] (Entered: 11/16/2011) |
| 11/21/2011 | 6 | NOTICE of Return of certified receipt as to Jeremy Zielinski re 5 Notice (Other), 3 Order, Set Hearings,, 4 Summons Issued, 2 Letter Request (sfp, ) (Entered: 11/21/2011) |
| 12/07/2011 | 7 | NOTICE OF ATTORNEY APPEARANCE Robert A. Sharpe appearing for USA (Sharpe, Robert) (Entered: 12/07/2011) |
| 12/12/2011 | 8 | Letter from George Baird, Esq. as to Jeremy Zielinski requesting relief from representing Mr. Zielinski (Attachments: # 1 Exhibit(s))(Baird, George) (Entered: 12/12/2011) |
| 12/12/2011 | 9 | TRANSFER OF JURISDICTION for Supervision of Releasee Jeremy Zielinski. Received certified copies of indictment, judgment and docket sheet from USDC New Jersey (mnm) (Entered: 12/12/2011) |

| 12/12/2011 |    | ORAL ORDER granting AFPD George Baird, Jr.'s 8 letter request t/b relieved as counsel of record for deft Jeremy Zielinski. The Court Clerk is directed to secure substitute CJA counsel. Deft's SUPERVISED RELEASE MODIFICATION HEARING on 12/14/11 has been ADJOURNED w/out DATE pending appointment of substitute counsel; Entered on 12/12/2011 by Sr. District Judge Thomas J. McAvoy (cml) (Entered: 12/12/2011) |
|---|---|---|
| 12/13/2011 |    | CRD Ligas added James Resila, Esq. as substitute CJA defense counsel for deft Jeremy Zielinski (cml) (Entered: 12/13/2011) |
| 12/13/2011 |    | TEXT ONLY NOTICE as to Jeremy Zielinski resetting SUPERVISED RELEASE MODIFICATION HEARING for 12/27/2011 at 11:00 AM in ALBANY, NY bef Sr. District Judge Thomas J. McAvoy (cml) (Entered: 12/13/2011) |
| 12/13/2011 |    | ISSUED CJA 20 appting James A. Resila, Esq. as CJA defense counsel to Jeremy Zielinski; Issued by CRD C. M. Ligas dtd 12/13/2011 (cml) (Entered: 12/14/2011) |
| 12/15/2011 | 10 | Letter from James A. Resila, Esq. as to Jeremy Zielinski requesting Adjournment of Hearing (Resila, James) (Entered: 12/15/2011) |
| 12/16/2011 |    | CLERK'S CORRECTION OF DOCKET ENTRY: the Clerk deleted docket entry 11 as it contained the wrong case number and did not relate to the defendant in this case. (jmb) (Entered: 12/16/2011) |
| 12/21/2011 |    | TEXT ONLY NOTICE as to Jeremy Zielinski resetting SUPERVISED RELEASE MODIFICATION HEARING for 1/10/2012 at 10:00 AM in ALBANY, NY bef Sr. District Judge Thomas J. McAvoy (cml) (Entered: 12/21/2011) |
| 01/03/2012 | 11 | MEMORANDUM IN OPPOSITION TO 3 PETITION for Modification of Conditions of Release by Jeremy Zielinski. (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Exhibit(s), # 4 Exhibit(s), # 5 Exhibit(s), # 6 Exhibit(s), # 7 Exhibit(s), # 8 Exhibit(s))(Resila, James) Modified on 1/4/2012 to reflect this is not a motion (sfp, ). (Entered: 01/03/2012) |
| 01/03/2012 | 12 | Certificate of Service by Jeremy Zielinski re 11 Memorandum in Opposition to Petition to Modify Conditions of Release (Resila, James) Modified on 1/4/2012 (sfp, ). (Entered: 01/03/2012) |
| 01/04/2012 |    | CLERK'S CORRECTION OF DOCKET ENTRY – Clerk edited text of document 11 to reflect it is a Memorandum in Opposition. The attorney inadvertently filed it as a motion. (sfp, ) (Entered: 01/04/2012) |
| 01/04/2012 | 13 | Letter from United States as to Jeremy Zielinski requesting Extension of time in which to file a Response to the Defendant's motion/memdorandum of law in Opposition to the Petition Seeking Modification of Supervised Release Conditions and Adjournment of the Janaury 10, 2012 court appearance until after the Govt Response is filed (Sharpe, Robert) (Entered: 01/04/2012) |
| 01/04/2012 | 14 | Letter from James A. Resila as to Jeremy Zielinski requesting Responding to Adjournment Request of U.S. Attorney (Resila, James) (Entered: 01/04/2012) |
| 01/05/2012 | 15 | Letter Request to the Court asking if the Govt should be copied on the in camera review of the report from Dr. Kreuger as to Jeremy Zielinski, submitted to Judge McAvoy. (sfp, ) (Entered: 01/05/2012) |
| 01/05/2012 |    | TEXT ORDER in regards to 15 Letter Request that Defense Attorney Resila, on behalf of Jeremy Zielinski, is to provide copy of the in camera review of the report of Dr. Kreuger upon the U.S. Attorney's Office and also upon the U.S. Probation Department. Signed by Senior Judge Thomas J. McAvoy on 1/5/12. (sfp, ) (Entered: 01/05/2012) |
| 01/05/2012 | 16 | SEALED IN CAMERA REVIEW OF REPORT OF DR. KREUGER – maintained in Clerk's Office and not available for electronic viewing (sfp, ) (Entered: 01/05/2012) |
| 01/05/2012 | 17 | Certificate of Service by Jeremy Zielinski *serving Confidential Exhibit E to our Memorandum in Opposition to Petition* (Resila, James) (Entered: 01/05/2012) |
| 01/06/2012 | 18 | Certificate of Service by Jeremy Zielinski re 17 Certificate of Service *Revised to show Service by Mail not ECF Filing* (Resila, James) (Entered: 01/06/2012) |

| 01/09/2012 | | TEXT ONLY NOTICE as to Jeremy Zielinski resetting SUPERVISED RELEASE MODIFICATION HEARING for 2/02/2012 at 10:00 AM in BINGHAMTON, NY bef Sr. Judge Thomas J. McAvoy. The Court directs Govt Opposition Response be filed by 1/23/2012; reply papers are not permitted w/out prior leave of the Court. (cml) (Entered: 01/09/2012) |
|---|---|---|
| 01/24/2012 | 19 | Letter from United States as to Jeremy Zielinski requesting Final Extension of time until the end of this week (January 27, 2012) in which to file the Government's Response in Opposition to the Defendant's Memorandum of Law Opposing Modification of his Supervised Release Conditions (Sharpe, Robert) (Entered: 01/24/2012) |
| 01/24/2012 | | TEXT ORDER granting Govt's 19 Letter Request to file their response by 9:00 AM on Friday, January 27, 2012. Authorized by Senior Judge Thomas J. McAvoy on 1/24/12. (sfp, ) (Entered: 01/24/2012) |
| 01/27/2012 | 20 | RESPONSE in Opposition by USA as to Jeremy Zielinski re 11 MOTION to Modify Conditions of Release (Sharpe, Robert) (Entered: 01/27/2012) |
| 01/27/2012 | 21 | RESPONSE in Opposition by USA as to Jeremy Zielinski re 11 MOTION to Modify Conditions of Release *Re–filed with exhibits attached* (Attachments: # 1 Exhibit(s))(Sharpe, Robert) (Entered: 01/27/2012) |
| 01/31/2012 | 22 | PETITION & ORDER of Violation of Supervised Release as to Jeremy Zielinski; Signed by Sr. District Judge Thomas J. McAvoy dtd 1/31/2012 (cml) (Entered: 01/31/2012) |
| 02/01/2012 | | TEXT ONLY NOTICE as to Jeremy Zielinski resetting SUPERVISED RELEASE MODIFICATION HEARING & FINAL SUPERVISED RELEASE VIOLATION HEARING for 2/02/2012 at 10:00 AM in ALBANY, NY bef Sr. District Judge Thomas J. McAvoy (cml) [ ** location change only ** ] (Entered: 02/01/2012) |
| 02/02/2012 | 23 | Minute Entry: SUPERVISED RELEASE MODIFICATION & FINAL SUPERVISED RELEASE VIOLATION HEARINGS as to Jeremy Zielinski held 2/02/2012 bef Sr. District Judge Thomas J. McAvoy in Albany, NY: APP: AUSA Robert Sharpe for Govt; James Resila, Esq. for Deft; USPOS Joanne DeFreest & Jay Driscoll present; CR: T. Casal; CRD/mp. Deft admits to violation #1 only listed in SRV 22 petition. Supervised Release Modification hearing goes forward re: imposing add'l supervised release conditions. GOVT WITNESS: Joanne DeFreest & Jay Driscoll. Govt rests. DEFENSE WITNESS: Jeremy Zielinski. Defense rests. Evidence now closed. Each side present closing arguments. All pretrial submissions ordered appended to the record. Court makes findings upon the record & proceeds into sentencing. Deft sentenced to HOME CONFINEMENT for a period of 6 months. Supervised Release of 24 months. Special Conditions stated. No fine and/or add'l costs imposed. Parties advised appeal rights. Remaining violation #2 listed in SRV 22 petition dismissed upon Govt motion. (cml) (Entered: 02/07/2012) |
| 02/02/2012 | 24 | GOVT Executed SUPERVISED RELEASE MODIFICATION HEARING EXHIBIT LIST as to Jeremy Zielinski (cml) (Entered: 02/07/2012) |
| 02/02/2012 | 25 | DEFENSE Executed SUPERVISED RELEASE MODIFICATION HEARING EXHIBIT LIST of Jeremy Zielinski (cml) (Entered: 02/07/2012) |
| 02/08/2012 | 26 | JUDGMENT ON REVOCATION as to Jeremy Zielinski. Signed by Senior Judge Thomas J. McAvoy on 2/8/12. (sfp, ) (Entered: 02/08/2012) |
| 02/13/2012 | 27 | NOTICE OF APPEAL by Jeremy Zielinski re 26 Judgment on Revocation Filing Fee $455, receipt number 0206–2101588. (Resila, James) (Entered: 02/13/2012) |
| 02/14/2012 | 28 | ELECTRONIC NOTICE AND CERTIFICATION as to Jeremy Zielinski sent to US Court of Appeals re 27 Notice of Appeal – Final Judgment (sfp, ) (Entered: 02/14/2012) |
| 02/14/2012 | 29 | Certificate of Service by Jeremy Zielinski re 27 Notice of Appeal – Final Judgment (Resila, James) (Entered: 02/14/2012) |
| 02/14/2012 | 30 | TRANSCRIPT REQUEST by Jeremy Zielinski for proceedings held on 2/2/12 before Judge McAvoy. (Attachments: # 1 CJA 24 Voucher Form)(Resila, James) (Entered: 02/14/2012) |

| 02/16/2012 | | CLERK'S CORRECTION OF DOCKET ENTRY – Clerk deleted the CJA form that attorney had attached to 30 Transcript Request. CJA Form is not to be uploaded by attorney. (sfp, ) (Entered: 02/16/2012) |
|---|---|---|
| 02/24/2012 | 31 | MOTION Stay Pending Appeal by Jeremy Zielinski. (Attachments: # 1 Affidavit, # 2 Memorandum of Law)(Resila, James) (Entered: 02/24/2012) |
| 02/24/2012 | 32 | Certificate of Service by Jeremy Zielinski re 31 MOTION Stay Pending Appeal (Resila, James) (Entered: 02/24/2012) |
| 02/27/2012 | | TEXT ORDER Deft's 31 Motion for a stay pending appeal is DENIED. Authorized by Senior Judge Thomas J. McAvoy on 2/27/12. (sfp, ) (Entered: 02/27/2012) |
| 03/28/2012 | 33 | MOTION Stay Pending Appeal by Jeremy Zielinski. (Attachments: # 1 Affidavit, # 2 Memorandum of Law, # 3 Exhibit(s))(Resila, James) (Entered: 03/28/2012) |
| 03/28/2012 | 34 | Certificate of Service by Jeremy Zielinski re 33 MOTION Stay Pending Appeal (Resila, James) (Entered: 03/28/2012) |
| 03/30/2012 | 35 | Supplemental Affidavit in support of 33 MOTION Stay Pending Appeal by Jeremy Zielinski. (Resila, James) Modified on 3/30/2012 to reflect this is an affidavit not a motion(sfp, ). (Entered: 03/30/2012) |
| 03/30/2012 | 36 | Certificate of Service by Jeremy Zielinski re 35 Supplemental MOTION Stay Pending Appeal re 33 MOTION Stay Pending Appeal (Resila, James) (Entered: 03/30/2012) |
| 03/30/2012 | | CLERK'S CORRECTION OF DOCKET ENTRY – Clerk edited text of document 35 to reflect it is an Affidavit in Support of 33 Motion. Atty inadvertently filed it as a motion. (sfp, ) (Entered: 03/30/2012) |
| 03/30/2012 | | TEXT NOTICE OF HEARING ON MOTION: Jeremy Zielinski's 33 MOTION to Stay Pending Appeal has been placed on Judge McAvoy's 5/14/12 Motion Calendar at 10 AM in Albany. Response to Motion due by 4/27/2012. (sfp, ) (Entered: 03/30/2012) |
| 04/02/2012 | 37 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Jeremy Zielinski: Modification of SR Conditions held on February 2, 2012 before Judge Thomas J. McAvoy, Court Reporter: Theresa J. Casal,Telephone number: 518.257.1897. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** In order to remove personal identifier data from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within 5 business days of this date. The policy governing the redaction of personal information is located on the court website at www.nynd.uscourts.gov. Read this policy carefully. If no Notice of Intent to Redact is filed within 5 business days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available on the web 90 days from today's date. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/23/2012. Redacted Transcript Deadline set for 5/3/2012. Release of Transcript Restriction set for 7/2/2012. Notice of Intent to Redact due by 4/9/2012 (tjc, ) (Entered: 04/02/2012) |
| 04/27/2012 | 38 | RESPONSE in Opposition by USA as to Jeremy Zielinski re 35 Supplemental Affidavit in support of 33 MOTION Stay Pending Appeal, 33 MOTION Stay Pending Appeal, 11 MOTION to Modify Conditions of Release, 31 MOTION Stay Pending Appeal (Sharpe, Robert) (Entered: 04/27/2012) |
| 05/02/2012 | | USCA Case Number is 12–0595 for 27 Appeal filed by Jeremy Zielinski. (cbm ) (Entered: 05/02/2012) |
| 05/08/2012 | 39 | DECISION AND ORDER denying Jeremy Zielinski's 33 Motion for a stay of his sentence pending appeal. Signed by Senior Judge Thomas J. McAvoy on 5/8/12. (sfp, ) (Entered: 05/08/2012) |
| 05/14/2012 | 40 | Minute Entry: MOTION CALENDAR as to Jeremy Zielinski held 5/14/2012 bef Sr. District Judge Thomas J. McAvoy in Albany, NY: APP: None; CR: B. Buckley; CRD/mp. Deft Zielinski's 33 MOTION Stay Pending Appeal – TAKEN ON SUBMIT [addressed by TJM 39 order]. (cml) (Entered: 05/14/2012) |

| 11/07/2012 | 41 | DECISION & ORDER DENYING IN PART / RESERVING IN PART petitioner's Petition for Writ of Habeas Corpus filed under 9:12–CV–1609. The instant petition will be treated as a motion to modify the conditions of Petitioner's supervised release pursuant to 18 U.S.C. § 3583(e) & 28 U.S.C. § 2241; and, That portion of the petition brought pursuant to 28 U.S.C. § 2255 is dismissed without prejudice; and, Respondents Forensic Mental Health Associates, Jose Rossy–Millan & Jamie–Lyn Maaz are dismissed from this action. The Clerk is directed to docket Petitioner's submissions under this criminal case file number and all further proceedings & filings shall be under this criminal number; and, The United States of America is directed to submit papers in opposition, if any, w/in fourteen (14) days of the signing of this Decision and Order; Signed by Sr. District Judge Thomas J. McAvoy dtd 11/07/2012 (cml) [ CRD traditionally served this order upon non–NEF deft @ P.O. Box, Hagaman, NY address ] (cml, ). (Entered: 11/07/2012) |
| 11/07/2012 | 42 | PETITION for Writ of Habeas Corpus by Jeremy Zielinski (Attachments: # 1 Memorandum of Law, # 2 Cover Letter, # 3 Exhibit part 1 of 8, # 4 Exhibit part 2 of 8, # 5 Exhibit part 3 of 8, # 6 Exhibit part 4 of 8, # 7 Exhibit part 5 of 8, # 8 Exhibit part 6 of 8, # 9 Exhibit part 7 of 8, # 10 Exhibit part 8 of 8) (cml) (Entered: 11/07/2012) |
| 11/07/2012 | | TEXT NOTICE directing GOVT RESPONSE PAPERS, if any, to be submitted no later than 11/21/2012 re: deft Zielinski's 42 Petition of Writ of Habeas Corpus as directed pursuant to Sr. Judge McAvoy's 41 Decision & Order (cml) [ CRD traditionally served this order upon non–NEF deft @ P.O. Box, Hagaman, NY address ] (Entered: 11/07/2012) |
| 11/07/2012 | | CRD Ligas set briefing ddl re: setting Govt's Opposition Response, if any, is due by 11/21/2012 re: Deft Zielinski's 42 Petition of Writ of Habeas Corpus as directed pursuant to Sr. Judge McAvoy's 41 Decision & Order (cml) [ CRD traditionally served this text entry upon non–NEF deft @ P.O. Box, Hagaman, NY address ] (Entered: 11/07/2012) |
| 11/21/2012 | 43 | Letter from United States as to Jeremy Zielinski requesting An extension of time until November 30, 2012 to submit the Govt response to defendant/petitioner's motion to modify the conditions of his suprvise release pursuant to 28 USC 2241 and 18 USC 3583(e) (Sharpe, Robert) (Entered: 11/21/2012) |
| 11/21/2012 | | TEXT ORDER granting the Governments' 43 Letter Request for an extension of time to respond to Deft's 42 Petition/Motion. Response to Motion due by 11/30/2012. Authorized by Senior Judge Thomas J. McAvoy on 11/21/2012. (amt) [Deft served via reg. mail] (Entered: 11/21/2012) |
| 12/04/2012 | 44 | REQUEST AND ORDER for the issuance of a summons as to Jeremy Zielinski. Signed by Senior Judge Thomas J. McAvoy on 12/4/12. (sfp, ) (Entered: 12/04/2012) |
| 12/07/2012 | 46 | MOTION for default judgment or in the alternative, summary judgment on defendant's petition for a writ of habeas corpus or, modifications of conditions of supervised release by Jeremy Zielinski. (Attachments: # 1 Affidavit, # 2 Memorandum of Law, # 3 Statement of Material Facts)(tab) (Entered: 12/10/2012) |
| 12/12/2012 | | TEXT NOTICE OF HEARING ON MOTION: Jeremy Zielinski's 46 MOTION default judgment and/or summary judgment re 42 habeas petition is placed on Judge McAvoy's 1/14/13 Motion Calendar at 10 AM in Albany. Govt's Response to Motion due by 12/28/2012. [Served by mail.] (sfp, ) (Entered: 12/12/2012) |
| 12/17/2012 | 47 | Letter from Jeremy Zielinski requesting an extension of time to request appointment of counsel and for disclosure from the government. (tab) (Entered: 12/17/2012) |
| 12/17/2012 | 48 | NOTICE of certified return receipt dd 12/12/12 by Jeremy Zielinski re 45 Summons Issued. (sfp, ) (Entered: 12/17/2012) |
| 12/31/2012 | 49 | RESPONSE in Opposition by USA as to Jeremy Zielinski re 42 MOTION, 46 MOTION default judgment or, summary judgment or, modifications of conditions of supervised release (Sharpe, Robert) (Entered: 12/31/2012) |
| 01/02/2013 | 50 | NOTICE of certified return receipt dated 12/31/12 by Jeremy Zielinski at Amsterdam, NY address re 44 Order & 45 Summons Issued. (sfp, ) (Entered: 01/02/2013) |

| | | |
|---|---|---|
| 01/07/2013 | 51 | LETTER REPLY TO RESPONSE to Motion by Jeremy Zielinski re 46 MOTION default judgment or, summary judgment or, modifications of conditions of supervised release (with attached appendix of unreported cases) (tab) (Entered: 01/07/2013) |
| 01/08/2013 | | TEXT NOTICE to parties advising that the pending motion for 1/14/13 is on submit basis, no appearances necessary. [Served by mail.] (sfp, ) (Entered: 01/08/2013) |
| 01/08/2013 | 52 | DECISION AND ORDER denying Jeremy Zielinski's 46 Motion for default judgment. Granting 47 letter request. Govt shall supply the requested discovery and the Court will entertain a Govt motion for reciprocal discovery by 1/22/13. A Hearing which will encompass Deft's claim for habeas corpus relief and the USPO's claim that Deft violated the terms and conditions of his supervised release shall be held on 2/19/13 at 9:30 AM in Binghamton. Deft is to either have retained counsel file a notice of appearance, or, report to Albany Clerk's Office to fill out a CJA 23 financial affidavit by 1/31/13. Absent either of these two, the Court will assume that Deft is proceeding Pro Se. Signed by Senior Judge Thomas J. McAvoy on 1/8/13. [Served by mail.] (sfp, ) (Entered: 01/08/2013) |
| 01/08/2013 | | TEXT ONLY NOTICE as to Jeremy Zielinski resetting FINAL SUPERVISED RELEASE VIOLATION HEARING for for 2/19/2013 at 9:30 AM in BINGHAMTON, NY bef Sr. District Judge Thomas J. McAvoy in accordance w/ this court's 53 Decision & Order (cml) [ CRD traditionally served text only notice upon non–NEF deft @ both Amsterdam / Hagaman, NY addresses ] (Entered: 01/08/2013) |
| 01/14/2013 | 53 | Minute Entry: MOTION CALENDAR as to Jeremy Zielinski held 1/14/2013 bef Sr. District Judge Thomas J. McAvoy in Albany, NY: APP: None; CR: T. Casal; CRD/mp. Deft Jeremy Zielinski's 46 MOTION for default judgment and/or for summary judgment – TAKEN ON SUBMIT [ addressed by TJM 52 order ]. (cml) (Entered: 01/15/2013) |
| 02/04/2013 | 54 | Letter from United States as to Jeremy Zielinski requesting Adjournment of the February 19, 2013 2241 and VSR hearing and to request that it be rescheduled to Albany, if possible (Sharpe, Robert) (Entered: 02/04/2013) |
| 02/04/2013 | 55 | Letter from Jeremy Zielinski requesting that the 2/19/13 hearing be held in abeyance because Govt has not complied with discovery ord. (sfp, ) (Additional attachment(s) added on 2/5/2013: # 1 Envelope) (sfp, ). (Entered: 02/04/2013) |
| 02/05/2013 | | TEXT ORDER hereby referring this matter to Hon. David E. Peebles, U. S. Magistrate Judge, for a Report–Recommendation re: Deft Zielinski's 42 Petition for Writ of Habeas Corpus & the U.S. Probation Dept's 44 Petition to Revoke Defendant's Term of Supervised Release. Parties are advised that Mag Judge Peebles may schedule a factual hearing in accordance w/ his schedule & and may decide the issues raised in Govt's 54 letter & Deft Zielinski's 55 letter in his own discretion. Parties are further advised that Deft's Final Supervised Release Violation hearing on 2/19/13 before this judicial officer is adjourned w/out date until such time a Report–Recommendation has been issued; Authorized 2/05/2013 by Sr. District Judge Thomas J. McAvoy (cml) [ CRD traditionally served this text order upon non–NEF deft @ his Hagaman, NY address ] (Entered: 02/05/2013) |
| 02/13/2013 | | TEXT NOTICE OF HEARING as to Jeremy Zielinski: An Evidentiary Hearing is set for 3/12/2013 at 10:00 AM in Albany before Magistrate Judge David E. Peebles regarding the defendant's 42 petition for a writ of habeas corpus and letter by the U.S. Probation Office to revoke defendant's supervised release status. APPEARANCES ARE REQUIRED. (Served defendant Zielinski by regular mail). (sal, ) (Entered: 02/13/2013) |
| 02/13/2013 | | TEXT NOTICE : The Government is directed to respond to defendant's 55 letter regarding discovery on or before 2/20/13. (Served defendant by regular mail). (sal, ) (Entered: 02/13/2013) |
| 02/22/2013 | 56 | Letter from United States as to Jeremy Zielinski requesting Response to defendant's January 31, 2013 letter pursuant to Court's February 13, 2013 Text Order (Sharpe, Robert) (Entered: 02/22/2013) |
| 02/22/2013 | 57 | ORDER that defendant Jeremy Zielinski's 55 letter request for further discovery is DENIED. Signed by Magistrate Judge David E. Peebles on 2/22/13. (Served defendant by regular mail). (sal, ) (Entered: 02/22/2013) |

| 03/11/2013 | 58 | MANDATE of USCA, issued 3/7/13, Jeremy Zielinski's 27 Appeal, affirming judgment of the district court. (cbm ) (Entered: 03/11/2013) |
|---|---|---|
| 03/12/2013 |  | TEXT Minute Entry for proceedings held before Magistrate Judge David E. Peebles: Evidentiary Hearing as to Jeremy Zielinski held on 3/12/2013. Judge questions Mr. Zielinski with respect to "stand by" counsel, and whether he is asking the court to appoint counsel to represent him. Defendant states that he asked the attorney to attend the hearing, and that he would be retaining the attorney and not require a court (CJA) appointment. Judge advised the defendant of his right to have an attorney present during the proceedings, and to make an application for counsel if he could not afford it. Defendant again stated he did not need court appointed counsel, and affirmed to the Court that he understood and was ready to proceed pro se. Judge questioned the defendant about his qualifications to proceed pro se. Defendant stated his education, knowledge, etc.. Judge places on the record that the defendant knowingly and voluntarily waives his right to be represented by counsel. Defendant requests that the two issues before the court be bifurcated. Government objects, and further states it misunderstood the nature the hearings before the court today, that the government witnesses were not present, and that the government was not ready to go forward with an actual hearing on the habeas petition. For reasons stated on the record, Judge denies defendant's request for bifurcation. Judge advises that it was directed by Judge McAvoy to conduct this hearing and reads the directive into the record. The evidentiary hearing will be rescheduled for a future date, in Albany. APP: Robert Sharpe, AUSA, Defendant Jeremy Zielinski, pro se with James Resila, Esq. as standby counsel. Court Reporter : Lisa Tennyson. (Served defendant by regular mail). (sal, ) (Entered: 03/12/2013) |
| 03/12/2013 |  | TEXT NOTICE OF HEARING as to Jeremy Zielinski: Evidentiary Hearing is set for 3/18/2013 at 10:00 AM in Albany before Magistrate Judge David E. Peebles regarding the defendant's 42 petition for a writ of habeas corpus and letter by the U.S. Probation Office to revoke defendant's supervised release status. APPEARANCES ARE REQUIRED. Parties are directed to exchange and pre–mark exhibits intended to be offered into evidence prior to such hearing and file with the court, on or before 3/15/2013, a witness list and exhibit list. (Served defendant Zielinski by regular mail). (sal, ) (Entered: 03/12/2013) |
| 03/12/2013 | 59 | WITNESS LIST by USA as to Jeremy Zielinski (Sharpe, Robert) (Entered: 03/12/2013) |
| 03/15/2013 | 60 | EXHIBIT LIST by USA as to Jeremy Zielinski (Sharpe, Robert) (Entered: 03/15/2013) |
| 03/18/2013 | 61 | EXHIBIT LIST by Jeremy Zielinski (sg ) (Entered: 03/19/2013) |
| 03/18/2013 |  | TEXT Minute Entry for proceedings held before Magistrate Judge David E. Peebles at Albany NY: Evidentiary Hearing as to Jeremy Zielinski held on 3/18/2013 re: 42 defendant's Petition for Writ of Habeas Corpus and 44 Petition by US Probation Office to revoke defendant's supervised release. APPEARANCES: AUSA Robert Sharpe for the Government; Defendant Pro Se Jeremy Zielinski; James Resila, Esq., stand by counsel for Defendant; USPO Michael Patnaude. Court in session, defendant moves to reinstate the original 2255 petition and court hears from defendant and Government on this motion; Court reserves its decision. Hearing begins, Government calls witnesses: Jose Rossy–Milan, Jamie–Lyn Maaz, and Michael Patnaude. Goverment conducts direct and re–direct of witnesses; Defendant conducts cross examination of witnesses. The following Exhibits are offered and received into evidence during the hearing: G–1 through G–24; D–11, D–28, and Sealed Exhibit D–44. Pertinent portions of Sealed Exhibit D–44 (DVD) is played in a sealed Courtroom. Government proof concluded with the testimony of Mr. Patnaude. Hearing will continue on Wednesday, March 20, 2013 at 10:00AM in Albany. (Court Reporter Lisa Tennyson) (copy of this Text Minute Entry sent via regular mail to Defendant pro se) (sg ) (Entered: 03/19/2013) |
| 03/20/2013 |  | TEXT Minute Entry for proceedings held before Magistrate Judge David E. Peebles at Albany NY: Evidentiary Hearing (Day 2) as to Jeremy Zielinski held on 3/20/2013 re: 42 defendant's Petition for Writ of Habeas Corpus and 44 Pettion by US Probation Office to revoke defendant's supervised release. APPEARANCES: AUSA Robert Sharpe, USPO Michael Patnaude for Government; defendant Jeremy Zielinski, Pro Se (stand by counsel James Resila not present). Court reconvenes. Court inquires as to whether defendant is ready to proceed. Defendant is sworn and testifies reading into |

| | | |
|---|---|---|
| | | the record a narrative. Government conducts direct examination of defendant. Court questions defendant. Court gives defendant the opportunity for re–direct of any questions asked by the Government in its direct examination. Defendant concludes his testimony and has nothing further. Defendant offers Exhibits D–29, D–31 through D–42, and D–45 (narrative) into evidence; Government offers Exhibit G–18 into evidence; Court receives. With respect to Exhibit D–45, although Government had no objection to this exhibit being offered into evidence, Court receives but reserves on behalf of the Government it's right to strike any of the contents it may find improper on an evidentiary basis. Court directs the parties to file written summations and/or further briefing within 14 days of the parties' receipt of the transcript of these proceedings. Hearing is concluded. (Court Reporter Lisa Tennyson) (copy of this Text Entry sent via regular mail to defendant pro se) (sg ) (Entered: 03/21/2013) |
| 03/20/2013 | 62 | DEFENDANT'S EXHIBIT LIST (marked by Clerk) – Defendant's exhibits retained by the Court until issuance of the Report–Recommendation. (copy sent via regular mail to defendant pro se) (sg ) (Entered: 03/21/2013) |
| 03/20/2013 | 63 | GOVERNMENT EXHIBIT LIST (marked by Clerk) – Government exhibits retained by the Court until issuance of Report–Recommendation. (copy sent via regular mail to defendant pro se) (sg ) (Entered: 03/21/2013) |
| 04/02/2013 | 64 | TEXT ORDER: The Court directs the parties to file written summations and/or further briefing on or before 4/18/2013 as each party now has a transcript of the proceedings held on 3/20/13. Authorized by Magistrate Judge David E. Peebles on 4/2/13. (Served defendant by regular mail). (sal, ) (Entered: 04/02/2013) |
| 04/18/2013 | 65 | Letter from United States as to Jeremy Zielinski requesting Extension of time for parties to file their submissions with court (post hearing briefing) until April 22, 2013 (Sharpe, Robert) (Entered: 04/18/2013) |
| 04/19/2013 | | TEXT ORDER as to Jeremy Zielinski re 65 Letter Request filed by USA. Permission granted for an extension of time to 4/22/13 for the parties to submit their respective submissions regarding the evidentiary hearing. A copy of this text order was mailed to pro se plaintiff. Authorized by Magistrate Judge David E. Peebles on 4/19/13. (cam, ) (Entered: 04/19/2013) |
| 04/23/2013 | 66 | Letter Request for extension of time to 4/26/13 to file post hearing briefs filed by Jeremy Zielinski. (sfp, ) (Entered: 04/23/2013) |
| 04/23/2013 | 67 | TEXT ORDER re 66 Letter Request filed by Jeremy Zielinski. Permission is granted for an extension of time until 4/26/13 for the parties to submit their respective submissions regarding the evidentiary hearing. A copy of this text order was mailed to defendant Jeremy Zielinski. Authorized by Magistrate Judge David E. Peebles on 4/23/13. (sal, ) (Entered: 04/23/2013) |
| 04/29/2013 | 69 | *STRICKEN PER TEXT ORDER ENTERED ON 5/3/2013*MEMORANDUM OF LAW and DECLARATION submissions re post–evidentiary hearing filed by Jeremy Zielinski. (Attachments: # 1 Memorandum of Law, # 2 Declaration)(sfp, ) Modified on 5/6/2013 (sal, ). (Entered: 05/01/2013) |
| 04/30/2013 | 68 | *STRICKEN PER TEXT ORDER ENTERED ON 5/3/2013*MEMORANDUM OF LAW *Briefing in Conjunction with the Earlier Hearing in this Matter* (Sharpe, Robert) Modified on 5/6/2013 (sal, ). (Entered: 04/30/2013) |
| 05/01/2013 | 70 | *STRICKEN PER TEXT ORDER ENTERED ON 5/2/13*Response to Govt's 68 Memorandum of Law, filed by Jeremy Zielinski. (sfp, ) Modified on 5/2/2013 (sal, ). (Entered: 05/01/2013) |
| 05/02/2013 | 71 | TEXT ORDER TO STRIKE: Defendant Jeremy Zielinski's 70 submission is stricken from the docket and will not be considered by the court. In accordance with the local rules of this district, permission of the court must be obtained before reply papers may be submitted. Defendant failed to request and obtain such prior permission. Authorized by Magistrate Judge David E. Peebles on 5/2/13. (Served defendant by regular mail). (sal, ) (Entered: 05/02/2013) |
| 05/03/2013 | 72 | TEXT ORDER as to Jeremy Zielinski re 69 Memorandum of Law filed by Jeremy Zielinski, 68 Memorandum of Law filed by USA. The parties post–hearing submissions are stricken from the record and will not be considered by the court. The |

| | | parties were granted two extensions to file their post–hearing submissions. On the date of the original deadline, 4/18/13, the government requested an extension, which was granted. On the date of the next deadline, 4/22/13, defendant filed a request for an extension, which was granted. On 4/29/13, the court received defendants post–hearing submission that was accompanied by a cover letter explaining that he missed the last mail pickup on the date of the final deadline, 4/26/13. On 4/30/13, the court received the governments submission with no explanation for its tardiness. Because both parties disregarded the courts deadlines without justification, both submissions are stricken. A copy of this text order was mailed to pro se defendant. Authorized by Magistrate Judge David E. Peebles on 5/3/13. (cam, ) Modified on 5/6/2013 (sal, ). (Entered: 05/03/2013) |
|---|---|---|
| 05/06/2013 | 73 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Jeremy Zielinski: Evidentiary Hearing held on March 18, 2013, before Judge David E. Peebles, Court Reporter: Lisa L. Tennyson,Telephone number: (518) 257–1823. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** In order to remove personal identifier data from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within 5 business days of this date. The policy governing the redaction of personal information is located on the court website at www.nynd.uscourts.gov. Read this policy carefully. If no Notice of Intent to Redact is filed within 5 business days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available on the web 90 days from today's date. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/28/2013. Redacted Transcript Deadline set for 6/6/2013. Release of Transcript Restriction set for 8/5/2013. Notice of Intent to Redact due by 5/13/2013 (lt, ) (Entered: 05/06/2013) |
| 05/06/2013 | 74 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Jeremy Zielinski: Evidentiary Hearing (Day 2) held on March 20, 2013, before Judge David E. Peebles, Court Reporter: Lisa L. Tennyson, Telephone number: (518) 257–1823. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** In order to remove personal identifier data from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within 5 business days of this date. The policy governing the redaction of personal information is located on the court website at www.nynd.uscourts.gov. Read this policy carefully. If no Notice of Intent to Redact is filed within 5 business days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available on the web 90 days from today's date. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/28/2013. Redacted Transcript Deadline set for 6/6/2013. Release of Transcript Restriction set for 8/5/2013. Notice of Intent to Redact due by 5/13/2013 (lt, ) (Entered: 05/06/2013) |
| 05/08/2013 | 75 | LETTER MOTION & ORDER denying Jeremy Zielinski's request for the court to reconsider its decision of 5/3/2013, Dkt. No. 72 , to strike defendant's post–hearing brief. Authorized by Magistrate Judge David E. Peebles on 5/8/13. (Served defendant by regular mail). (sal, ) (Entered: 05/08/2013) |
| 05/15/2013 | 76 | REPORT AND RECOMMENDATIONS: Recommended that Deft's 42 MOTION to reinstate his claim pursuant to 28 USC 2255 be granted. Deft's petition for modification of his supervised release conditions pursuant to 28 USC 2241 & 2255, and 18 USC 3583 be denied. Govt's motion for revocation of the Deft's supervised release be granted. Objections to R&R due by 6/3/2013, Case Review Deadline 6/5/2013. Signed by Magistrate Judge David E. Peebles on 5/15/13. [Served by mail.] (sfp, ) (Entered: 05/15/2013) |
| 05/20/2013 | 77 | Letter from United States as to Jeremy Zielinski requesting Advising the Court that it has no objections to the May 15, 2013 Report and Recommendation(s) of Judge Peebles and that its position is that the RR should be adopted in total by the Court. The government objects to any additional motions by the defendant and respectfully takes the position that they should be denied in all respects (the defendant is moving to vacate Judge Peebles May 3, 2013 Order that his late–filed post trial submission be stricken from the record; the defendant is moving that the Court accept the submission |

| | | |
|---|---|---|
| | | and remand the case back to Judge Peebles for issuance of a new RR; the defendant has brought or is bringing some Order to Show Cause for the government to come forward and give reason why the Court should not grant the defendant's motions). (Sharpe, Robert) (Entered: 05/20/2013) |
| 05/20/2013 | 78 | MOTION to Vacate Magistrate Judge Peebles 72 & 76 Orders by Jeremy Zielinski. (Attachments: # 1 Memorandum of Law, # 2 Declaration, # 3 Proposed Order to Show Cause, # 4 Mailing Envelope)(sfp, ) (Entered: 05/21/2013) |
| 05/21/2013 | 79 | ORDER denying Deft's 78 Application for the sought after order to show cause and for the underlying relief. Deft's objections to the Court's 76 R & R is due by 6/3/13 at 4:00 PM and may not exceed 25 pages in length. Signed by Senior Judge Thomas J. McAvoy on 5/21/13. [Served by mail.] (sfp, ) (Entered: 05/21/2013) |
| 06/03/2013 | 80 | OBJECTION TO REPORT AND RECOMMENDATIONS 76 by Jeremy Zielinski (Attachments: # 1 Exhibit, # 2 Exhibit)(sfp, ) (Entered: 06/04/2013) |
| 06/11/2013 | 81 | DECISION AND ORDER adopting 76 Report and Recommendations; Deft's motion to reinstate his claim pursuant to 28 U.S.C. 2255 is granted; Deft's petition for modification of his supervised release conditions pursuant to 28 U.S.C. 2241 and 2255, and 18 U.S.C. 3583, dkt. # 42 , is denied; Govt's motion for revocation of Deft's supervised release, dkt. # 44 , is granted, and the Deft shall appear before the Court at a date to be determined by the Court for the purpose of deciding the appropriate sanction to be imposed for that violation. Signed by Senior Judge Thomas J. McAvoy on 6/11/13. [Served by mail.] (sfp, ) (Entered: 06/11/2013) |
| 06/12/2013 | 82 | Letter from James A. Resila, Esq. as to Jeremy Zielinski requesting Change in time of June 21 hearing (Resila, James) (Entered: 06/12/2013) |
| 06/12/2013 | | Minute Entry: FINAL SUPERVISED RELEASE VIOLATION HEARING as to Jeremy Zielinski held 6/12/2013 bef Sr. District Judge Thomas J. McAvoy in Albany, NY: APP: AUSA Robert Sharpe for Govt; James Resila, Esq. Standby CJA Counsel for Deft; SUSPO Michael Patnaude present; CR: L. Tennyson; CRD/mp. Pro Se Deft present in open court w/ standby counsel. Court commences into sentencing based its 81 Order adopting MJ Peebles' 76 Report–Recommendation finding that deft has committed violation #1 listed in SRV 44 petition. Defense requests add'l time to review documents & prepare for sentencing – GRANTED. Final SRV Sentencing s/f 6/21/13 at 11:00 AM in Albany, NY. Deft remanded to USM. (cml) [ 12:30p – 12:45p ] (Entered: 06/14/2013) |
| 06/14/2013 | 83 | TEXT ONLY ORDER as to Jeremy Zielinski GRANTING defense 82 Letter Request & resetting IN–PERSON FINAL SUPERVISED RELEASE VIOLATION SENTENCING for 6/21/2013 at 1:00 PM in ALBANY, NY before this court; Authorized on 6/14/2013 by Sr. District Judge Thomas J. McAvoy (cml) (Entered: 06/14/2013) |
| 06/21/2013 | | Minute Entry: FINAL SUPERVISED RELEASE VIOLATION SENTENCING as to Jeremy Zielinski held 6/21/2013 bef Sr. District Judge Thomas J. McAvoy in Albany, NY: APP: AUSA Robert Sharpe for Govt; James Resila, Esq. for Deft; USPO Michael Patnaude present; CR: T. Casal; CRD/mp. Deft present in open court w/ counsel. Deft sentenced on violation #1 listed in SRV 44 petition & committed to BOP custody for a term of imprisonment of 14 months. No term of supervised release to follow. No fine and/or add'l costs imposed. Parties advised appeal rights. Deft remanded to USM. (cml) [ 1:00p – 1:36p ] (Entered: 06/25/2013) |
| 06/25/2013 | 84 | JUDGMENT ON REVOCATION as to Jeremy Zielinski; Signed by Sr. District Judge Thomas J. McAvoy dtd 6/25/2013 (cml) (Entered: 06/25/2013) |
| 07/05/2013 | 85 | NOTICE OF APPEAL by Jeremy Zielinski re 84 Judgment on Revocation Filing fee $ 455, receipt number ALB007998. Also, change of address. (sfp, ) (Additional attachment(s) added on 7/8/2013: # 1 Cover Letter and envelope) (sfp, ). (Entered: 07/08/2013) |
| 07/08/2013 | 86 | ELECTRONIC NOTICE AND CERTIFICATION as to Jeremy Zielinski sent to US Court of Appeals re 85 Notice of Appeal – Final Judgment (sfp, ) (Entered: 07/08/2013) |

| 07/31/2013 | | USCA Case Number is 13–2615 for <u>85</u> Appeal filed by Jeremy Zielinski. (cbm ) (Entered: 07/31/2013) |
|---|---|---|
| 08/14/2013 | <u>87</u> | NOTICE of address change filed by Jeremy Zielinski. New Address: register # 25835–018 MCC Manhattan, 150 Park Row, New York, NY 10007. Old Address: Prisoner ID#1037189 Rensselaer County Correctional Facility, 4000 Main Street, Troy, NY 12180, 518–843–9311. (sfp, ) (Entered: 08/14/2013) |
| 09/20/2013 | <u>88</u> | Warrant Arrest Returned Executed on 6/12/13, in case as to Jeremy Zielinski (sfp, ) (Entered: 09/24/2013) |
| 10/17/2013 | | TRANSCRIPT REQUEST by Jeremy Zielinski for proceedings held on March 12, 2013, before Judge David E. Peebles. (lt, ) (Entered: 10/17/2013) |
| 10/17/2013 | | TRANSCRIPT REQUEST by Jeremy Zielinski for proceedings held on June 12, 2013, before Judge Thomas J. McAvoy. (lt, ) (Entered: 10/17/2013) |
| 10/17/2013 | <u>89</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Jeremy Zielinski: Proceeding held on March 12, 2013, before Judge David E. Peebles, Court Reporter: Lisa L. Tennyson,Telephone number: (518) 257–1823. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** In order to remove personal identifier data from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within 5 business days of this date. The policy governing the redaction of personal information is located on the court website at www.nynd.uscourts.gov. <u>Read this policy carefully.</u> If no Notice of Intent to Redact is filed within 5 business days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available on the web 90 days from today's date. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/7/2013. Redacted Transcript Deadline set for 11/18/2013. Release of Transcript Restriction set for 1/15/2014. Notice of Intent to Redact due by 10/22/2013 (lt, ) (Entered: 10/17/2013) |
| 10/17/2013 | <u>90</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Jeremy Zielinski: Supervised Release Violation Hearing held on June 12, 2013, before Judge Thomas J. McAvoy, Court Reporter: Lisa L. Tennyson,Telephone number: (518) 257–1823. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** In order to remove personal identifier data from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within 5 business days of this date. The policy governing the redaction of personal information is located on the court website at www.nynd.uscourts.gov. <u>Read this policy carefully.</u> If no Notice of Intent to Redact is filed within 5 business days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available on the web 90 days from today's date. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/7/2013. Redacted Transcript Deadline set for 11/18/2013. Release of Transcript Restriction set for 1/15/2014. Notice of Intent to Redact due by 10/22/2013 (lt, ) (Entered: 10/17/2013) |
| 10/23/2013 | | TRANSCRIPT REQUEST by Jeremy Zielinski for proceedings held on June 21, 2013 before Judge Thomas J. McAvoy. (tjc, ) (Entered: 10/23/2013) |
| 10/23/2013 | <u>91</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Jeremy Zielinski: Sentencing on Supervised Release Violation held on June 21, 2013 before Judge Thomas J. McAvoy, Court Reporter: Theresa J. Casal,Telephone number: 518.257.1897. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** In order to remove personal identifier data from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within 5 business days of this date. The policy governing the redaction of personal information is located on the court website at www.nynd.uscourts.gov. <u>Read this policy carefully.</u> If no Notice of Intent to Redact is filed within 5 business days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available on the web 90 days from today's date. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained |

| | | through PACER. Redaction Request due 11/13/2013. Redacted Transcript Deadline set for 11/25/2013. Release of Transcript Restriction set for 1/21/2014. Notice of Intent to Redact due by 10/28/2013 (tjc, ) (Entered: 10/23/2013) |

✎AO 245D    NNY(Rev. 9/12) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

| Northern | District of | New York |
| --- | --- | --- |

UNITED STATES OF AMERICA
### V.

Jeremy Zielinski

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:     DNYN111CR00533-001

USM Number:     25835-018

James Resila, Esq., 20 Corporate Woods Blvd.,
Albany, New York 12211     (518) 465-3484
Defendant's Attorney

## THE DEFENDANT:

☐ admitted guilt to violation number(s) _____ of the term of supervision.

X  was found in violation of numbers(s) __1 on June 21, 2013____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1. | Failure to comply with Mental Health Treatment | 11/14/2012 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment.  The sentence is imposed in accordance with 18 U.S.C. § 3553 and the Sentencing Guidelines.

☐ The defendant has not violated number(s) _____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   _7663_____

Defendant's Date of Birth:   _1983_____

June 21, 2013
Date of Imposition of Judgment

Defendant's Residence Address:

_Amsterdam, New York_____

_____

_____

_Thomas J. Mc Avoy_
Thomas J. McAvoy
Senior, U.S. District Judge

Defendant's Mailing Address:

_Same as above_____

_____

_____

June 25, 2013
Date

MTP

**Exhibit B**

AO 245D    NNY(Rev. 9/05) Judgment in a Criminal Case for Revocations
           Sheet 2 — Imprisonment

Judgment — Page    2    of    2

DEFENDANT:        Jeremy Zielinski
CASE NUMBER:      DNYN111CR00533-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Fourteen (14) months.  No term of Supervision to follow.**

☐    The court makes the following recommendations to the Bureau of Prisons:

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____    ☐ a.m.   ☐ p.m.   on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____    to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL