# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

_____ v.

_____           **CERTIFICATE OF SERVICE**
                                   Docket Number: _____

_____


I, _____, hereby certify under penalty of perjury that on
        (name)
_____, I served a copy of _____
        (date)

_____
                                (list all documents)

by (select all applicable)*

     \_\_\_ United States Mail
     \_\_\_ Federal Express
     \_\_\_ Overnight Mail
     \_\_\_ Facsimile
     \_\_\_ E-mail
     \_\_\_ Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

_____                    _____
         Today's Date                                                    Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form